UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| Joseph Salvo, | 2:17-cv-01737-JAD-NJK |
|---|---|
| Plaintiff | **Remand Order** |
| v. | [ECF No. 6] |
| Farmers Insurance Exchange, et al., | |
| Defendants | |

Plaintiff Joseph Salvo sued his car-insurance company, Farmers Insurance Exchange, in Nevada state court after it failed to pay him the UIM benefits that he claims he is due as a result of a 2016 car accident. Farmers removed the case to this court based on diversity jurisdiction (28 USC § 1332), and Salvo moves to remand.[1] For the reasons I stated on the record at today's hearing on that motion to remand,

IT IS HEREBY ORDERED that the Motion to Remand **[ECF No. 6] is GRANTED; this case is remanded back to the Eighth Judicial District Court, Clark County, Nevada, Case No. A-17-754945-C, Dept. No. 4.** The Clerk of Court is directed to CLOSE THIS CASE.

Dated September 8, 2017

_____
Jennifer A. Dorsey
United States District Judge

---

[1] ECF No. 6.